IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID BOY FULLER, #147862, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:13-cv-0417-TMH |
| | ) | [WO] |
| LT. NEARER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #13) filed on July 26, 2013 to the Recommendation of the Magistrate Judge is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #6) filed on July 9, 2013 is adopted;

3.  Plaintiff's § 1983 claims of inadequate medical care and treatment against Defendants Blair, Donaldson, and McCall are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i and/or ii);

4. Plaintiff's verbal abuse claim against Defendant Davis is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

5. Plaintiff's access to courts claim against Defendant Eastwood is DISMISSED

with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

6.  Defendants Blair, Donaldson, McCall, Davis, and Eastwood are DISMISSED as parties to the complaint;

7.  This case with respect to Plaintiff's complaint against the remaining defendants is referred back to the Magistrate Judge for further proceedings.

DONE this the 7th day of October, 2013.

    /s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE