IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID BOY FULLER, #147862 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-417-TMH |
| ) | [wo] |
| LT. NEARER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On May 23, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 54). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED; that the Plaintiff's claims against Defendants Turner, Washington, and Phelps are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); that these parties are DISMISSED as parties to this cause of action; and the Plaintiff's claims against the remaining defendants are referred back to the Magistrate Judge for additional proceedings.

DONE this the 8th day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE