IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID BOY FULLER, #147 862, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:13-CV-417-WHA |
| | )                             [WO] |
| LT. NEARER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION and ORDER

On August 4, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 60. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED as follows:

1. Defendants' motions for summary judgment (Docs. 25, 27, 39) are GRANTED;

2. Plaintiff's supplemental state law claims are DISMISSED without prejudice;

3. This case is DISMISSED with prejudice;

4. Judgment is ENTERED in favor of Defendants and against the Plaintiff.

5. Costs are taxed against Plaintiff.

Final Judgment will be entered in favor of Defendants.

Done, this  12th  day of September,  2016.

                 /s/ W. Harold Albritton
                 SENIOR UNITED STATES DISTRICT JUDGE